UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>2. ROBERT O. BAGGETT, and<br>3. EUGENE SMITH,<br><br>Defendants. | NO. CR25-053 JHC<br><br>ORDER EXTENDING DEADLINE FOR PRETRIAL MOTIONS |

On April 24, 2025, the government and Defendants Robert O. Baggett and Eugene Smith filed a stipulation to extend the pretrial motions deadline. Dkt 45.

This Court has broad discretion to manage its docket, including "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). The parties' request to extend the pretrial motions deadline to May 8, 2025, is GRANTED. It is so ORDERED.

//

//

ORDER EXTENDING DEADLINE FOR PRETRIAL MOTIONS – 1
*United States v. Levy et al.*, CR25-053 JHC

1  DATED this 24th day of April, 2025.

2

3

4  _____
   JOHN H. CHUN
5  United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER EXTENDING DEADLINE FOR PRETRIAL MOTIONS – 2
*United States v. Levy et al.*, CR25-053 JHC