UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

            Plaintiff,

    v.

ROBERT O. BAGGETT,

            Defendant.

NO.  CR25-053-2 JHC

ORDER ON STIPULATED MOTION TO CONTINUE PRE-TRIAL MOTIONS DEADLINE

THE COURT has considered the parties' stipulated motion to continue the pre-trial motions deadline, Dkt. # 75, along with all the records and files in this case.

THE COURT FINDS that the circumstances are as set forth in the Defendant's unopposed motion.  Accordingly,

THE COURT ORDERS the pre-trial motions deadline be continued from September 2, 2025, to September 16, 2025.

DONE this 2nd day of September, 2025.

_____
John H. Chun
United States District Judge

U.S.A. v. Baggett, CR25-053 JHC (*U.S.A. v. Levy, et al.*)

ORDER ON STIPULATED MOTION TO CONTINUE PRE-TRIAL
MOTIONS DEADLINE
Page - 1