UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT O. BAGGETT,

Defendant.

NO. CR25-053 JHC

ORDER GRANTING DEFENDANT'S
MOTION TO SEAL DOCUMENT

**THIS MATTER** comes before the Court on the defendant's motion to seal document "Exhibits 1 and 3" [Dkt. # 117] to his sentencing memorandum [Dkt. # 116].  Dkt. # 118.  The Court has reviewed the motion and finds that the document shall be filed under seal pursuant to CrR 49.1(e) because the document contains private protected health care information.

**IT IS HEREBY ORDERED** that document "Exhibits 1 and 3" [Dkt. 117] to his sentencing memorandum [Dkt. 116] be filed under seal.

DONE this 9th day of March, 2026.

John H. Chun
United States District Judge

ORDER GRANTING MOTION TO SEAL DOCUMENT
*U.S.A. v. Baggett, CR25-053 JHC*
Page - 1